UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                               Plaintiff,

     v.                                          ORDER
                                                 10-CV-573

$19,764.00 in United States Currency
and One 2004 Chevrolet Trailblazer
Vin: 1GNET16s44614566,

                               Defendants.

---

     This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed a motion to strike the claimants' claims. On August 12, 2011, Magistrate Judge Scott filed a Report and Recommendation, recommending that the motion to strike the claimants' claims as to the $19,764 in currency be stricken and also that in the event claimant Rebecca Rodriguez fails to provide more complete answers to the Interrogatories within 20 days from the date of the Order, that her claim relating to the vehicle also be stricken.

     Defendants filed objections to the Report and Recommendation on September 16, 2011 and plaintiff filed a response thereto.

     Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made. Upon a _de novo_ review of the Report and

Recommendation, and after reviewing the submissions, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the motion to strike the claimants' claims as to the $19,764 in currency is stricken and also that Rebecca Rodriguez' claim relating to the vehicle is stricken.

Plaintiff shall commence default judgment proceedings within 30 days of the date of this Order.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: October 14, 2011